12:45

🔒 **tfsbillpay.com**



Transaction ← Back to Transactions



**Name**

Vivian Woodbury

**Address**

6320 Cherokee Street, Philadelphia, PA, 19144



**Status**

Pending

**Transaction ID**

8454609

**Amount**

$390.00

**Trustee Name**

WILLIAM C. MILLER

**Case Number**

20-13995

**Date Started**

January 22, 2021

**Date Cleared**

**Account Number**

XXXXXX9096

🔳 Dashboard
TFS Bill Pay is the leading
Quick Links          2. What We Offer